In The United States District Court
For The District OF Delaware

Ronald G. Johnson
   Petitioner
v.

Supreme Court OF The United States,
U.S. Supreme Court, Clerks and Clerk,
U.S. Supreme Court Justices et al.,

Civil Action No. 05-759

FILED
OCT 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Writ OF Mandamus

Comes Now. The Petitioner Ronald G. Johnson #182421 At Howard R. Young Correction Institution, Gander Hill Prison 1301 E. 12 Street Wilmington Delaware 19809 and Moves this Honorable Court to issue a Writ OF Mandamus against the Supreme Court OF The United States, Clerks and Justices, To Order them to. "Relief Prayed"

(a) To Order the Justices to appoint me Counsel to help me prepare my Writ OF Certiorari and Writ OF Mandamus to the Supreme Court OF The United States Standard.

(b) To Order the Clerk or Clerks to Present my Motion For Appointment OF Counsel to the U.S. Supreme Court Justices, to see if they will Grant me a Attorney.

(c) To Order the Clerk or Clerks to present my Motion and Writ OF Certiorari and Writ OF Mandamus to the Supreme Court OF United States Justices

(d) Order them to Grant me leave to Proceed in Forma Pauperis. I been lock up 4 years and have No money.

"Pages 1-8"

## "Statement OF The Facts"

For over a year now I have saught Supreme Court Justices review of my Writ of Certiorari and Writ of Mandamus. The Court's Clerks has been bias and preju--dice to me. They have made up excuses to "not" present my Writ of Certiorari and Writ of Mandamus to the U.S. Supreme Court Justices. I have sent 16 or more Writ of Certiorari(s) and about 6 Writ of Mandamus. They all was Denied by the Court's Clerk and returned. None of my Writs was present to the U.S. Supreme Court Justice for review.

When I corrected what the Clerk called a Error and return--ed corrected paperwork, then the Clerk found other faughts. The Clerk knew I could not afford to pay for continually re-turning corrected paperwork, because I saught to proceed in Forma Pauperis and my Inmate Account was low or at Zero balance.

The Clerk is Errobus Errorosly holding me to the Standard of a attorney which the Clerk knew I could not meet. I filled out the Writ of Certiorari Form answering all questions preparing them according to the Form. The Clerk continued to return my Writs with different complaint that my Writ was not up to Standards. I continued to make Correction, Then the Clerk claims I was late past the 90 days deadline.

Thereafter being frustrated I filed a 28 USC 2255 Motion to Vacate, set aside an illegal Conviction and Sentence and was Denied relief. Then I Appeal and was Denied

(2)

relief. During my Motion to Vacate, set aside and Correct a illegal Conviction and Sentence And Appeal. I file numerous Writ of Mandamus to Order the District Court an U.S. Court of Appeals to address the merits of my Case. Numerous Writs was filed all was return by Courts Clerks or Clerk.

## Complaint Agains Clerks

(a) The U.S. Supreme Court's Clerk or Clerks did not return all my Filings.

(b) The Supreme Court Clerks returned most of my Writs destroyed. They had been dry rotten and Crumble in my hands and smelled like dry rottened paper. And the smell made you Sneeze or made your nose uncontrable. And the Writs Crumble in your had.

(c.) The U.S. Supreme Court Clerk's held me to the Standards of a attorney, rejecting all my filings for not being totally correct and perfect.

(d.) Made False Claims while returning my Filings. On at lest (3) three the Clerk asked For a Application to Proceed in Forma Pauperis. I returned it with the Same one, then the Clerk made up other Ground to Deny my Writs.

(e.) The U.S. Supreme Court Clerk or Clerk have put me in a situation were there is no other way to seek Writ of Certiorari and Writ of Mandamus Relief other than this way by Writ of Mandamus to the District Court. Therefore I bring this Writ for Mandamus against Clerk and Clerks.

## Writ of Certiorari

### Exhaustion of All Remedies

I filed numerous Writ of Certioraris after Direct Appeal. I filed numerous Writ of Certioraris after I filed a Motion to Vacate, Set aside a illegal Sentence and Conviction 28 USC 2255 and Appeal of the 28 USC 2255. I File a Writ of Certiorari after I filed a 28 USC 2241(c)(3). I File a Writ of Certiorari after I filed after I filed a 28 USC 2241, 2255 and Appeal of the 28 USC 2241, 2255. All was rejected by the U.S. Supreme Court's Clerk or Clerks.

## Writ of Mandamus

### Exhaustion of All Remedies

I filed a Writ of Mandamus after every, Writ of Certiorari In hope that if I Can not properly meet the Court's Clerk Standard on Writ of Certiorari, I might obtain relief by Writ of Mandamus.

Writ of Mandamus was proper procedure because No Court knows what I am Convicted of. So Writ of Mandamus would of help me when my Case was in Confusion. My Case remains in Confusion. And Writ of Certiorari is still sought as well as Writ of Mandamus.

## Conclution

The Petitioner Moves this Honorable Court to Order or Grant him a attorney. I can not offord a attorney. I can not afford to send a copy of a Writ OF Certiorari or Writ of Mandamus. I Can not offord to Write the United States District Court for the Case Number of My (28USC 2241,) (28USC 2255.) I Only have the U.S. Court of Appeals For The Third Circuit Case No. 04-4710. I not only can not offord those But I have No money at all and No stamps. And this Prison do not pay Postage for Legal Mail. All Copies of my Filings are at my brother home and He will not mail them to me. I been locked up 4 years. I Can not afford Copies From the Courts of my Filings. Because of the amount of Copies, the Court refuse to send me Copies with-out full payment. Along with this filing I present My Motion Motion for Appointment of Counsel. There is Nothing I Can do to get my Writ of Certiorari and Writ of Mandamus Filed. I did all I Can.

Therefore This Honorable Court is Move to Order appointmen of Counsel, Order Order the Clerk to Present my Motion. Petitioner seeks all relief starting on front Page.

(6)

## "Oath and Affidavit"

I Declare that the Foregoing is true and Correct under penalty of perjury.

Declared  October 11, 2005    Signed  Ronald Johnson

## Proof of Service

I will Serve the appropriate Staff attorney when this Court provide a Case Number and representing attorney. If possible Serve a Copy on the appropriate Respondant Attorney to begin this proceeding I will then send Exhibits et al., and handle the Case Appropriate

## "Please excuse me"

My handwriting is not at best today Nor am I mentally. I am Force to Continue though. Thank You Very Very Sincerely Yours/

Ronald Johns
10-11-05

⑦





OFFice oF The Clerk
United States District Court
For The District of Delaware
844 King Street
Wilmington, Delaware 19802

Ronald G. Johnson
#182421/H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware
U.S.M.
X-RA