# In The Supreme Court OF The United States

Ronald G. Johnson
Petitioner

v

United States OF America
Respondant

) U.S. Supreme Court
) Cas No.    05-759
)
)
) Third Circuit U.S. Court Of Appeals No.
) 04-4710
United States District Court
Civil Action No. _____

FILED
OCT 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion For Appointment OF Counsel

Comes Now, The Petitioner Ronald G. Johnson #182421 At Howard R. Young Correctional Institution, Gander Hill Prison 1301 E. 12th Street, Wilmington Delaware 19809 Address P.O. Box 9561 Wilmington, Delaware 19809, And Moves this Honorable Court for Appointment OF Counsel. I proceed with a Public Defender a trial and Proceed in Forma Pauperis threw all Proceedings, I have No money at all at this time, Nor Stamps. I have tried over 16 times to File a Writ OF Certlorari and Writ OF Mandamus and Fail to be able to File one up to the Standard of this Honorable Court "Clerk." I have No other remedy than Mandamus Writ OF Mandamus to the District Court OF Delaware to, Order the Courts Clerk to present my Motion. I Can get none of my District Court Papers, Nor U.S. Court OF Appeals Third Circuit papers. Please Grant me a attorney I am Innocent. The lower "Court have overrule this Court. Thank You!, Oath and Affidavit" I Declare all true under perjury

Ronald Johnson
10-11-05

(8)





Office of The Clerk
United States District Court
For The District of Delaware
844 King Street
Wilmington, Delaware 19802

Ronald G. Johnson
#182421/H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware

U.S.M. X-RAY