In The United States District Court
For The District Of Delaware

RECEIVED
DEC 1 - 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ronald G. Johnson

V.

Supreme Court Of State
Of Delaware, And Justice thereof

Superior Court Of The State Of
Delaware In And For New Castle County,
And Judges thereof

State Of Delaware et al.,

) United State District Court Of Delaware
) Civil Action No. 05-759 KAJ
) Writ of Error Filed in
) Supreme Court of State of Delaware
) Civil Action No. 494, 2005
) Supreme Court Of State of Delaware
) Appeal No. 296, 2005
) Superior Court of The State Of Delaware
  In And For NewCastle County Civil
  Action No. ~~05240123~~ 05M-06-067
  Superior Court of State of Delaware
  Criminal I.D. No. 0504012348

"Writ Of Error And Appeal"

"Motion For Status Of Case"

Comes Now Ronald G. Johnson the Petitioner and Motion and Move this Honorable Court for the Status Of my Writ of Error File in this Honorable Court. I file a Writ of Error in Supreme Court of State Of Delaware it has No Forum. Therefore I have my writ of Error in this Honorable Court. "Please send me the Case Number and Status of Case." Thank You Sincerely Ronald Johnson 11-28-05



Ronald G. Johnson
#182421/2B Cell #13
P.O. Box 9561
Wilmington, Delaware
19809

Legal Mail

United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19862

U.S.M.S
X-RAY

INMATE LEGAL MAIL