OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 6, 2005

TO: Ronald G. Johnson
SBI# 182421
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19801

*RE: Letter Requesting Status of Case; CA 05-759 KAJ*

Dear Mr. Johnson:

This office has received a letter from you requesting the status of the above mentioned civil action. Your case is assigned to the Honorable Kent A. Jordan and is currently pending before the Court. You will be advised by the Court as to further developments in your case.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/jp

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan; CA 05-759 KAJ

In The United States District Court
For The District Of Delaware

③

RECEIVED
DEC 1 - 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ronald G. Johnson ) United State District Court Of Delaware
v. ) Civil Action No. <u>05-759 KAJ</u>
Supreme Court Of State ) Writ of Error Filed in
Of Delaware, And Justice thereof ) Supreme Court of State of Delaware
) Civil Action No. 494, 2005
Superior Court Of The State Of
Delaware In And For New Castle County ) Supreme Court Of State of Delawar
, And judges thereof ) Appeal No. 296, 2005

State OF Delaware et al., ) Superior Court of The State Of Delaware
In And For New Castle County Civil
Action No. ~~05-~~ 05M-06-067

Superior Court of State of Delaware
Criminal I.D. No. 0504012348

"Writ Of Error And Appeal"

"Motion For Status Of Case"

Comes Now Ronald G. Johnson the Petitioner and Motion and Move this Honorable Court for the Status Of my Writ Of Error File in this Honorable Court. I File a Writ of Error in Supreme Court of State OF Delaware it has No Forum. Therefore I have my Writ of Error in this Honorable Court. "Please send me the Case Number and

Sincerely Ronald Johnson 11-28-05