In The United States District Court
For The District Of Delaware

Ronald G. Johnson )
V. Petitioner )
"Clerk" Of Supreme ) Civil Action No. 1:05-CV-00759 K.A.J.
Court Of The United )
States )

## Motion For Appointment Of Counsel

FILED
JAN 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Comes Now the petitioner and Moves this Honorable Court for the Appointment of Counsel. The Petitioner Seek Counsel to file a brief to attack his Custody of the United State Probation Office of Delaware. Petitioner also need Counsel help to file a Writ of Mandamus to the United States Supreme Court to Order the United State District Court, For The Western District of Virginia to tell him what Title of Statute is he Convicted Of. The Probation has been transfered to this District Court or this District for Probation. Petitioner Probation is in this District and District Court of Delaware is Proper District to file Petitions Therefore Petitioner Move this Honorable Court for Appointment of Counsel. Thank You! Ronald Johnson January 27, 2006



Ronald G. Johnson
#182421/H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19809

LEGAL MAIL

Legal M.
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19802