IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-759-KAJ |
| ) | |
| SUPREME COURT OF ) | |
| THE UNITED STATES, and ) | |
| UNITED STATES SUPREME ) | |
| COURT CLERKS, JUSTICES, ) | |
| and CLERK, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

At Wilmington this 1st day of February, 2006;

IT IS ORDERED that:

Petitioner Ronald G. Johnson's "Motion for Appointment of Counsel" is DENIED. (D.I. 6) On January 24, 2006, I dismissed Johnson's petition for a writ of mandamus against the United States Supreme Court. Thus, there is no pending matter in this court for which Johnson requires the assistance of counsel. *See United States v. McKee*, 309 F. Supp. 2d 1358 (M.D. Ala. 2004); *United States v. Rosado*, 1992 WL 86198 (N.D. Ill. Apr. 22, 1992).

_____
UNITED STATES DISTRICT JUDGE