In The United States District Court
For The District OF Delaware

Ronald G. Johnson )
V. )
 ) Civil Action No. 05-759-K.A.J.
Raphael Williams )
State OF Delaware )
Court of Common Pleas et al., )

## Motion For Judge Kent A. Jordan Himself From Handling All My Cases

FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Comes Now the Plaintiff and Petitioner and Motion and Moves Hon. Judge Kent A. Jordan to Recuse himself from handling any Further Cases of mine, In Case Number or Civil Action No. 1:04-cv-01444-K.A.J, of two Case were I have File a Civil Action Lawsuit against him and other officer and Judges. Judge Kent A. Jordan Continuals to Violated my Constitutional Right and keep Committing Crimes in Violation of Title 18 USC 241 and Title 18 USC 242. His knows my rights are being Violated he has

authority to stop it but refuses to. He has enter himself in a Conspiracy to Violate my Rights The Right Violation is Criminal Acts which Carries 1-10 Years in prison. He is Violating the Laws he is under Oath to uphold.

### Conflict of Interest

I filed a Lawsuit against Judge Kent A. Jordan. There I am asking him to Disqualify himself from handling my Cases, Plaintiff and Petitioner Move this Honorable Court to remove him of my Cases.

### Cases Judge Kent A Jordan Is To Be Removed From

1.) This Case Civil Action No. 05-258-K.A.J.

2.) Civil Action No. 05-759-K.A.J.

3.) Civil Action No. 1:04-cv-01444 K.A.J.

4.) Civil Action No: 05-726-K.A.J.

### Prejudice, Bias, And Judicial Misconduct

Judge Kent A. Jordan has Bias and Prejudice me in Civil Action No. 05-258-KAJ by Consolidating my

Cases. If I wanted my case consolidated I would of amended my filings. I file 3 different Writ of Habeas Corpus he consolidated them and misrepresented the relief I request and void out the relief I sought.

He mixed or consolidate my Writ of Mandamus with my Writ of Habeas Corpus then Dismiss the Writ of Habeas Corpus, without addressing the merits of my Writ of Mandamus.

Judge Kent A Jordan illegally and against my will consolided 5 different filings.

## Conspiracy To Violate Right    Title 18 USC 242
Title 18 USC 241

Judge Kent A. Jordan is a Layman, a Layman of Law he knows I am entitle to the relief I seeks. But because he is a Layman of Law and know how to misrepresent relief a person seek, void out what issue they present and address issue you have not present. More or less he specializes is misrepresent the fact presented with the intent to Deprive the Petitioner of the relief he seeks. He is abusing his authority and doing it to Deny Petitioner relief.

Petitioner has waste enough time believing he will receive justice from Judge Kent A. Jordan. His entent is evil. He has no entent to grant the Petitioner relief Saught.

## Due Process Of Law And Equal Protection Of Law "Violations"

Judge Kent A. Jordan has violated my Equal Protection of Law Right And my Due Process Of Law Rights. By Consolidateing all my Petitions File in the District Court. Which had some nothing to do with each other. They were Different exhausted remedies.

## "Oath And Affidavit"

I Declare that the foregoing is true and Correct under penalty of perjury

Declared February 7, 2006, Signed Donald John

## Certificate Of Service

I declare a true and full Copy was sent to Chief Appeal Deputy Attorney General Thomas E Brown 820 French Str. Wil. De 19802 Declared 2-7-06 Donald John Signee

Ronald G. Johnson
#182421 /H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19802

" Legal "

United States District Court
For The District Of Delaware
844 N. King Street
Wilmington, Delaware 19802

LEGAL MAIL ONLY

$00.39
FEB 24 2006
MAILED FROM ZIP CODE 19802