IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>RAPHAEL WILLIAMS, Warden, )<br>STATE OF DELAWARE COURT )<br>OF COMMON PLEAS, et. al., )<br>)<br>Respondents. ) | Civ. A. No. 05-759-KAJ |

ORDER

At Wilmington this 13th day of March, 2006;

IT IS ORDERED that:

Petitioner Ronald G. Johnson's "Motion for Judge Kent Jordan to Recuse Himself from Handling [Civil Action No. 05-759-KAJ]," filed on February 27, 2006, is DENIED. (D.I. 8.) Johnson contends that I am biased and prejudiced against him because I consolidated certain habeas proceedings and denied the relief requested therein. An unfavorable ruling is not a basis for recusal. See *Securacomm Consulting, Inc. v. Securacomm, Inc.*, 224 F.3d 273, 278-79 (3d Cir. 2000). Regardless, Johnson's request for my recusal is moot because I denied Johnson's petition for mandamus on January 26, 2006, and the case was closed that same date. (D.I. 5.)

UNITED STATES DISTRICT JUDGE