# In The United States District Court

Ronald G. Johnson            )
                             )
v.                           ) Civil Action No. 05-759-K.A.J.
                             )
Raphael Williams, Warden     )

## "Notice OF Appeal", (And) "Motion For Reconsideration"(&) "Application For Certification OF Appeal"

Comes Now the Petitioner Ronald G. Johnson and Moves this Honorable Court to reConsider his Denial of My Motion to Recuse himself. And to Recuse himself or to Consider this a my "Notice OF Appeal". In Support of my Motion and Notice I present the following. Also this is my "Application For Certification of Appealibility"

a.) As stated in my My Motion For Judge Kent A. Jordan To Recuse himself. Kent A. Jordan's a Layman of Law who know how to misrepresent relief a person seeks.

This "turns him into a Master bull shifter "Fact of The Case"

b.) He has turn my Motion from asking him to recuse himself From several Cases 1.) Civil Action No. 05-258-KAJ. Pages 1-4

FILED MAR 20 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

2.) Civil Action No. 05-759-K.A.J. 3.) Civil Action No. 1:04-cv-01444-K.A.J. 4.) Civil Action No. 04-726-KAJ into only this Case Civil Action No. 05-759-K.A.J.

## Fact Of The Case

I Filed a Ex-Parte Motion asking him to recuse himself from all my Cases no just one.

## Misrepresentation Of The Fact

c.) Kent A. Jordan Claim he made an or one un-Favorable ruling. I did not make that Claim. I Claim he made "all" or Several unfavorable rulings.

## "Fact Of The Case"

d.) Kent A. Jordan did just what I Said in my Motion For him to recuse his self. He avoided all my Claims of merits.

## "Claims Kent A. Jordan Avoided"

e.) On front page of my Motion For him to recuse himself I make clear he is a defendant of a lawsuit filed against him. Which makes it a "Conflict of interest" for him to reside over my Cases. See Motion For Reconsideration on Case Number Civil Action No. 1:04-cv-01444 K.A.J. You will find two Case he is being Sued in.

(2.)

F.) <u>Judge Kent A. Jordan Present Fraud And Attempt To Bamboozle Petitioner Of Of Relief Due</u>

1) Judge Kent A. Jordan presented Fraud and attempt to Bamboozle the Petitioner into believing he is not entitle to relief he saught. In Case Number Civil Action No. 05-258-K.A.J. Kent a jordan Denied my Petition misrepresented the fact and faught against me on my attempts to appeal.

2) In Civil Action No. 1:04-CV-01444-K.A.J. he Denied my petition for Habeas Corpus Claim he was not the Proper District Court of Jurisdiction. Then was Motion To transfer the Case to Proper Court of Jurisdiction he Could not and (did not) transfer it because he is the proper Judge and Delaware District Court is proper Court of Jurisdiction. He was able to have me bamboozle on appeal because of my incompotency of properly Appealing.

9.) Kent A. Jordan Present Fraud and to Bamboozle Petitioner

1.) ~~The Petitioner~~ Judge Kent A Jordan Presented Fraud and attempted to bamboozle the Petitioner out of Writ of Mamdamus by Consolidating it with Civil Action No. 05-258-KAJ. See Writ of Mandamus Civil Action No. 05-726-KAJ.

③

He Consolidated my Writ of Mandamus then Dismissed the Writ of Habeas Corpus mentioning nothion of my Writ of Mandamus. There by seeking to bamboozle me out of Mandamus relief. He failed to address the merits of my Writ of Mandamus.

H.) <u>Conspiracy To Violate Rights Title 18 USC 242 and 241</u>

Judge Kent A. Jordan is a Layman of Law, who knows I am entitle to the relief in all my Filings. He Specializes in misrepresenting Facts, and misrepresenting relief a person Seeks, He voids out the relief I Seek and address issues I have not present making growns to Dismiss my Writ and Motions et. He is a Professional bull shitter who is attempting to bull shit me out of relief I am entitle to.

I.) <u>Due Process OF Law And Equal Protection of Law Violations</u>

Judge Kent A. Jordan has violated my Equal Protection of Law Rights and my Due Process of Law Rights. By Misrepresenting Facts and Void out Fact of merits in my filings. He is Consolidating filings that have nothing to do with each other.

<u>Conclusion</u> "Relief Prayed"

I ask that Hon. Kent A. Jordan recuse himself or be Disqualified from handling "any case of mine" there is a Lawsuit against him which I am still seek prosecution therefore it is a Conflict of Interest in his Continuing to preside over my Cases.

<u>Oath and Affidavit</u>; I Declare the Above is true and Correct under penalty of perjury. Declared March 15, 2006  Signed Ronald [...]

Ronald G. Johnson
#182421/H.R.Y.C.I.
P.O. Box 9561
Wilmington, Delaware 19809

Clerk's Office
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19808

WILMINGTON
PM 17 MAR 2006

LEGAL MAIL ONLY