IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD G. JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-759-KAJ |
| | ) | |
| SUPREME COURT OF | ) | |
| THE UNITED STATES, and | ) | |
| U.S. SUPREME COURT | ) | |
| CLERKS, JUSTICES, and | ) | |
| CLERK, | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

At Wilmington this 13th day of June, 2006;

IT IS ORDERED that:

1. *Pro se* petitioner Ronald G. Johnson's motion for reconsideration of my order denying his motion for my recusal is DENIED. (D.I. 10) Johnson's contention that his motion asked for my recusal from all of his pending cases, not just the instant proceeding, does not warrant reconsideration of my order. *See* Fed. R. Civ. P. 59(e) and 60(b); *Harsco Corp. v. Zlotnicki*, 779 F.2d 906, 909 (3d Cir. 1985); *Max's Seafood Café v. Quinteros*, 176 F.3d 669, 677 (3d Cir. 1999).

2. As requested by Johnson, now that I have denied his motion for reconsideration, the clerk is direct to treat the instant filing as his notice of appeal. *See* D.I. 10.

_____
UNITED STATES DISTRICT JUDGE