In The United States District Court
For The District Of Delaware

Ronald G. Johnson )
   Petitioner, )
V. )
    ) Civil Action No. 05-759-K.A.J
Supreme Court Of The United )
States, and U.S. Supreme Court )
Clerk, Justices, and Clerk )



"Motion To Dismiss All Proceeding Related To This Case" And "The Case" et at,

   Comes Now, The Petitioner and Moves the Clerk and Court to Dismiss this Case and all Proceeding regarding it. Notice of Appeal Too!

### Statement of The Facts

a) The Defendant is satisfied with the Courts ruling that he lacks Jurisdiction.

b) I also believe this is not the proper remedy to have this judge recuse from all cases filed in District Court. Proper remedy will be saught threw Proper Chanel.

c) No Notice of Appeal or Appeal will be saught by the Petitioner in this Case. The Court Should Dismiss the Case and all Proceedings. June 16, 06, Ronald Johnson

